FILED
CLERK, U.S. DISTRICT COURT
5/21/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. POTOP, | CASE NO.: 16-cv-07541 MWF (MRWx) |
| Plaintiff, | Judge: Michael W. Fitzgerald |
| v. | ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| AETNA LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive, | (FRCP 41(a)) |
| Defendants. | |

Pursuant to the Stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own attorneys' fees and costs.

Dated: May 21, 2018

By: _____
HON. MICHAEL W. FITZGERALD
United States District Judge